UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. WASHINGTON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN, et al.,<br><br>　　　　Respondents.<br>_____ | Case No. CV 10-2422 SVW(JC)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the United States Magistrate Judge's Report and Recommendation.

　　　IT IS ORDERED that Judgment be entered dismissing this action without prejudice for lack of prosecution.

///

///

///

///

///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation, and the Judgment herein on petitioner and on counsel for respondents.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 4/27/11

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE