UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. WASHINGTON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN, et al.,<br><br>　　　　Respondents. | Case No. CV 10-2422 SVW(JC)<br><br>JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: April 27, 2011

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　HONORABLE STEPHEN V. WILSON
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE